UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00244 |
| | ) | JUDGE CAMPBELL |
| ROGER WAYNE BATTLE, et al. | ) | |

ORDER

Pending before the Court are Defendant Christopher David Imes' Motion to Continue or Reset Hearing (Docket No. 358) and Defendant Jessie Lobbins' Motion for Counsel to be Excused from Attendance at October 13, 2010 Hearing (Docket No. 376).

Defendant Jessie Lobbins Motion (Docket No. 376) is GRANTED and co-counsel shall appear at the October 13, 2010 hearing. Defendant Christopher Imes' Motion (Docket No. 358) is DENIED. However, Kimberly Hodde is excused from the October 13, 2010 hearing so long as co-counsel appears for Defendant Christopher Imes.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE